IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JEAN C. BELL | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-00-2791 |
| J.C. PENNEY COMPANY, INC. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \*

ORDER

In accordance with the proceedings held in this matter on this date:

1. By November 26, 2001:

    a. The Pretrial Order shall be filed.

    b. Any motions in limine shall be filed.

    c. Requested voir dire questions shall be filed (in duplicate) together with an agreed (or separate) extremely brief, neutral summary of the case to be read to the voir dire panel.

    d. Requested jury instructions shall be filed (in duplicate).

    COUNSEL MUST BE SURE TO NOTE THAT:

    (1) ANY REQUEST FOR AN INSTRUCTION BASED ON A PRINTED TEXT SHALL BE SUBMITTED IN THE FORM OF A PHOTOCOPY OF THE PRINTED PAGE WITH ANY APPROPRIATE INTERLINEATION.

    (2) ANY REQUEST BASED UPON A PRECEDENT OR OTHER AUTHORITY SHALL HAVE ATTACHED A COPY OF THE PAGE(S) RELIED UPON.

      e.    Plaintiff shall arrange the scheduling for the pretrial conference, which can be held by telephone or in person, at a mutually convenient time during the week of December 3.

2.    Jury trial shall begin on Monday, December 17, with an estimated duration of two to three trial days.

SO ORDERED this **26th** day of September, 2001

_____
Marvin J. Garbis
United States District Judge