IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

JEAN C. BELL     :

   Plaintiff,     :

vs.     :     Case No.: MJG 00-2791

J. C. PENNEY COMPANY, INC.     :

   Defendant.     :

## LINE OF DISMISSAL

Please enter all claims by the Plaintiff, Jean Bell, in the above-captioned matter as SETTLED, SATISFIED AND DISMISSED WITH PREJUDICE.

By: _____
Michael McGowan
317 Main Street
Laurel, Maryland 20707
(301) 483-9960

By: _____
Robert A. Sapero, Esquire
Sapero & Sapero
211 Francis Scott Key Highway
Baltimore, MD 21230

Approved this 18th day of January, 2002.

_____
Marvin J. Garbis
**United States District Judge**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 31st day of December, 2001, a copy of the Plaintiff's Line of Dismissal was mailed, postage pre-paid, first class to:

Robert A. Sapero, Esquire
Sapero & Sapero
211 Francis Scott Key Highway
Baltimore, MD  21230

                                              Michael McGowan, #02797